UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIE WILLIAMS,           )
    *Plaintiff,*           )
                    )  Case No: 3:24-cv-00367-BJD-JBT
    *vs.*           )  Judge Brian J. Davis
                    )  Mag. Judge Samuel J. Horovitz
CHARLES DAVID RITCHEY, *et* )
*al.,*           )
    *Defendants.*           )
                    )

## PLAINTIFF'S UNOPPOSED MOTION TO FILE CONSOLIDATED BRIEF

Plaintiff hereby requests leave to file one consolidated brief, not to exceed fifty pages, in response to the five separate motions to dismiss filed by Defendants. In support of this motion, Plaintiff states:

1. On November 7, the City of Jacksonville and the four individual Defendants (Charles David Ritchey, W.J. Mooneyham, Estate of D.L. Starling, and Estate of Bryant Randolph Mickler) each filed their own motion for summary judgment. Dkts. 105, 106, 107, 108, 109.

2. In an effort to streamline the briefing, Plaintiff seeks leave to file one consolidated response to all these motions for summary judgment. Plaintiff seeks leave for his consolidated response to reach up to, but not exceed, fifty pages.

3. Plaintiff contends that good cause exists for this page extension. Filing individual responses to these five motions for summary judgment would result in Plaintiff filing up to 125 pages. It makes much more sense for Plaintiff to file one consolidated brief that addresses the common issues raised between the different motions, while still having enough pages to address the distinct issues raised in the five separate motions. Plaintiff contends that filing one consolidated response up to fifty pages is the most efficient way of briefing the motions for summary judgment.

4. Plaintiff's counsel conferred with Defendants' counsel by email on November 24, and Defendants do not oppose this motion.

Wherefore, Plaintiff requests leave to file one consolidated response not to exceed fifty pages in response to Defendants' motions for summary judgment.

Respectfully submitted,

/s/ Justin Hill
*One of Plaintiff's Attorneys*

Jon Loevy*
Justin Hill* IL #6342031
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
Telephone: (312) 243-5900
jon@loevy.com
hill@loevy.com

2

***Attorneys for Plaintiff***
*\*Admitted Pro Hac Vice*

Jonathan Picard, Fl. #105477
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (802) 233-2545
jpicard@humanrightsdefensecenter.org
***Attorneys for Plaintiff***

3

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that, on November 24, 2025, he conferred with counsel for Defendants via email regarding the relief sought in this Motion. Defendants do not oppose the relief sought.

/s/ Justin Hill
*One of Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I, Justin Hill, an attorney, hereby certify that on November 24, 2025, I caused a copy of the foregoing to be served on all counsel of record via the CM/ECF Court Filing system.

/s/ Justin Hill
*One of Plaintiff's Attorneys*