**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| WILLIE WILLIAMS, | ) | |
| *Plaintiff,* | ) | Case No: 3:24-cv-00367-BJD-JBT |
| | ) | |
| *vs.* | ) | |
| | ) | Judge Brian J. Davis |
| CHARLES DAVID RITCHEY, *et* | ) | Mag. Judge Samuel J Horovitz |
| *al.,* | ) | |
| *Defendants.* | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF HIS**
**OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY**
**JUDGMENT**

Plaintiff hereby provides notice of the filing of the attached exhibits in support of his Opposition to Defendants' Motions for Summary Judgment:

1. Exhibit 1: Transcript of Vernon McPhadden's Deposition
   a. 1a: Exhibit 1 to Vernon McPhadden's Deposition
2. Exhibit 2: Transcript of 1976 Trial (Vol. 1)
3. Exhibit 3: Transcript of 1976 Trial (Vol. 2)
4. Exhibit 4: Transcript of 1976 Trial (Vol. 3)
5. Exhibit 5: Transcript of 1976 Trial (Vol. 4)
6. Exhibit 6: Transcript of 1976 Trial (Vol. 5)
7. Exhibit 7: Transcript of Lenwood Harley's Deposition
   a. 7a: Plaintiff's Exhibit 1 to Lenwood Harley's Deposition
   b. 7b: Defendants' Exhibit 1 to Lenwood Harley's Deposition
8. Exhibit 8: Police File for Palm Furniture Murder
9. Exhibit 9: Transcript of Deborah Sanders' Deposition

1

10. Exhibit 10: Judgment and Sentence

11. Exhibit 11: Order Vacating Willie Williams' Sentence and Judgment

12. Exhibit 12: Ralph Greene Note for Fred Clark Case

13. Exhibit 13: Handwritten Notes

14. Exhibit 14: Declaration of Bill White

15. Exhibit 15: Verified Answers to Plaintiff's Second Supplemental Interrogatories

16. Exhibit 16: Expert Report of Daniel Losey

17. Exhibit 17: Transcript of Steve Ijames' Deposition

18. Exhibit 18: Expert Report of Steve Ijames

19. Exhibit 19: Charging Information

Dated: December 5, 2025

Respectfully submitted,

/s/ Justin Hill
*One of Plaintiff's Attorneys*

Jon Loevy*
Justin Hill* IL #6342031
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
Telephone: (312) 243-5900
jon@loevy.com
hill@loevy.com
***Attorneys for Plaintiff***
*Admitted Pro Hac Vice*

2

Jonathan Picard, Fl. #105477
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (802) 233-2545
jpicard@humanrightsdefensecenter.org
***Attorneys for Plaintiff***

3

## <u>CERTIFICATE OF SERVICE</u>

I, Justin Hill, certify that the foregoing was served upon all counsel of record via the Court's CM/ECF system on December 5, 2025.


<u>/s/ Justin Hill</u>
*One of Plaintiff's Attorneys*